WILLIAM A. SOKOL, Bar No. 072740
W. DANIEL BOONE, Bar No. 046553
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner
SEIU, Local 715

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 715,<br><br>Petitioner,<br><br>v.<br><br>STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Respondents. | No.<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[CIVIL L.R. 3-12] |

Pursuant to Civil Local Rule 3-12, Petitioner Service Employees International Union, Local 715 ("Local 715" or the "Union") files this Administrative Motion to Consider Whether Cases Should Be Related. Local 715 believes that the instant case is related to the case referenced below, which is currently pending before the District Court Judge Maxine Chesney. Both cases involve the same parties, the same Collective Bargaining Agreement, and substantially the same legal issues as the instant case.

1.  **Related Case.**

The instant matter is related to *Stanford Hospital and Clinics and Lucile Packard Children's Hospital v. Service Employees International Union, Local 715*, Case No. C-07-5158-

MMC, currently pending before District Court Judge Maxine Chesney.

### 2. **Relationship of the Actions.**

The instant matter and the matter before Judge Chesney are related as defined by Civil Local Rule 3-12(a) in that they involve substantially the same parties, labor agreement, and questions of law.

Both actions involve the same parties and same Collective Bargaining Agreement ("CBA"). In the instant case, Local 715 is seeking an order confirming a recent arbitration award in which Stanford Hospital and Clinics and Lucile Packard Children's Hospital (the "employer") has failed, refused, and continues to fail and refuse to comply with. Local 715 presumes that the employer will seek from the Court an order vacating the decision. Similarly, in the case before Judge Chesney, the employer is seeking an Order vacating an arbitration award which it lost and, consequently, has failed and refused to comply with. In that case, Local 715 seeks an order from the Court denying the employer's petition to vacate and entering an order confirming the arbitration award.

The legal issues are substantially the same, and if the cases are heard by different judges, there will be an unduly burdensome duplication of both labor and expenses, and the possibility of conflicting results. Both cases are brought pursuant to Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185(a). In addition, both cases involve the same legal issues. In the present case, the employer has indicated through correspondence that it is refusing to abide by the arbitrator's award because the award allegedly fails to draw its essence from the parties' CBA, decided issues that were not arbitrable under the CBA, decided issues that were not submitted to the arbitrator, ignored, modified, and/or contradicted provisions of the CBA, and, that the arbitrator exceeded his authority and/or had no authority to decide the matter. Likewise, in the matter before Judge Chesney, the employer makes the same legal arguments as to why the arbitrator's award, in that case, should be vacated.

Accordingly, because it appears likely that there will be an unduly burdensome duplication of labor and expense, and/or conflicting results if the cases are conducted before different judges.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
Administrative Motion to Consider Whether Cases Should Be Related, Case No.

This is primarily because both cases involve substantially the same parties and questions of law.

3. **Assignment of the Actions.**

Local 715 believes that the assignment of the action to Judge Chesney will conserve judicial resources and promote an efficient determination of the actions. The matter assigned to Judge Chesney was filed first in order; therefore, relating the cases before Judge Chesney is appropriate.

4. **Conclusion.**

For the reasons stated above, Local 715 respectfully requests that a related case order be entered respecting this new case listed above.

Dated: January 11, 2008

                        WEINBERG, ROGER & ROSENFELD
                        A Professional Corporation

By: *W. Daniel Boone*
WILLIAM A. SOKOL
W. DANIEL BOONE
BRUCE A. HARLAND
Attorneys for Petitioner
SEIU, Local 715

1/480250

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
Administrative Motion to Consider Whether Cases Should Be Related, Case No.