UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 715,

        Plaintiff(s),

      v.

STANFORD HOSPITAL AND CLINICS AND
LUCILE PACKARD CHILDREN'S
HOSPITAL,

        Defendant(s).

No. C  08 0213 EMC

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: _1/30/08_____

Signature _Barie A. Harland_

Counsel for _SEIU Local 715_
(Plaintiff, Defendant, or indicate "pro se")