**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

**February 1, 2008**

CASE NUMBER:  CV 08-00213 EMC
CASE TITLE:  SERVICE EMPLOYEES LOCAL 715-v-STANFORD HOSPITAL AND CLINICS

REASSIGNMENT ORDER

   GOOD CAUSE APPEARING THEREFOR,

   IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

   Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


   ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/1/08

                                        FOR THE EXECUTIVE COMMITTEE:

                                        _____
                                                    Richard W. Wieking
                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 2/1/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA