1  WILLIAM A. SOKOL, Bar No. 072740
   W. DANIEL BOONE, Bar No. 046553
2  BRUCE A. HARLAND, Bar No. 230477
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Petitioner
   SEIU, LOCAL 715
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SERVICE EMPLOYEES INTERNATIONAL ) No.   C 08 0213 EMC
   UNION LOCAL 715                 )
12                                 ) NOTICE AND ACKNOWLEDGMENT
              Petitioner,          ) OF SERVICE OF SUMMONS AND
13                                 ) PETITION TO CONFIRM
       v.                          ) ARBITRATION AWARD
14                                 )
   STANFORD HOSPITAL AND CLINICS AND )
15 LUCILE PACKARD CHILDREN'S        )
   HOSPITAL,                        )
16                                  )
              Respondents.          )
17 _____ )

18     I hereby acknowledge that I am authorized to accept service, and hereby do accept service,

19 of the following documents on behalf of defendant STANFORD HOSPITAL AND CLINICS

20 AND LUCILE PACKARD CHILDREN'S HOSPITAL: *Summons; Petition To Confirm*

21 *Arbitration Award; Civil Case Cover Sheet; Welcome To The U.S. District Court, San Francisco;*

22 *ECF Registration Information Handout; Order Setting Initial Case Management Conference;*

23 *Notice Of Assignment Of Case To A U.S. Magistrate Judge For Trial; Administrative Motion To*

24 *Consider Whether Cases Should Be Related.*

25 Date of Receipt: January 29, 2008

26 Date Signed: January 31, 2008       FOLEY & LARDNER, LLP

27                                     By: _____
                                       EILEEN R. RIDLEY
28                                     On behalf of Respondent,
                                       STANFORD HOSPITAL AND CLINICS AND
                                       LUCILE PACKARD CHILDREN'S HOSPITAL

NOTICE AND ACKNOWLEDGEMENT OF SERVICE OF SUMMONS, CASE NO C 08 0213 EMC