# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C 08 0213 EMC

STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL

TO: (Name and address of defendant)
STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL
300 Pasteur Drive, Room HG005
Stanford, CA  94305

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Sokol
W. Daniel Boone
Bruce A. Harland
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_

(BY) DEPUTY CLERK

DATE _____

NDCAO440

1  WILLIAM A. SOKOL, Bar No. 072740
   W. DANIEL BOONE, Bar No. 046553
2  BRUCE A. HARLAND, Bar No. 230477
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Petitioner
   SEIU, LOCAL 715
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SERVICE EMPLOYEES INTERNATIONAL   ) No.   C 08 0213 EMC
   UNION LOCAL 715                   )
12                                   ) **NOTICE AND ACKNOWLEDGMENT**
           Petitioner,                ) **OF SERVICE OF SUMMONS AND**
13                                   ) **PETITION TO CONFIRM**
        v.                           ) **ARBITRATION AWARD**
14                                   )
   STANFORD HOSPITAL AND CLINICS AND )
15 LUCILE PACKARD CHILDREN'S         )
   HOSPITAL,                         )
16                                   )
           Respondents.               )
17 _____  )

18         I hereby acknowledge that I am authorized to accept service, and hereby do accept service,

19 of the following documents on behalf of defendant STANFORD HOSPITAL AND CLINICS

20 AND LUCILE PACKARD CHILDREN'S HOSPITAL: *Summons; Petition To Confirm*

21 *Arbitration Award; Civil Case Cover Sheet; Welcome To The U.S. District Court, San Francisco;*

22 *ECF Registration Information Handout; Order Setting Initial Case Management Conference;*

23 *Notice Of Assignment Of Case To A U.S. Magistrate Judge For Trial; Administrative Motion To*

24 *Consider Whether Cases Should Be Related.*

25 Date of Receipt: January 29, 2008

26 Date Signed: January 31, 2008           FOLEY & LARDNER, LLP

27                                          By: _____
                                                 EILEEN R. RIDLEY
28                                               On behalf of Respondent,
                                                 STANFORD HOSPITAL AND CLINICS AND
                                                 LUCILE PACKARD CHILDREN'S HOSPITAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034382-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
SERVICE EMPLOYEES vs. STANFORD HOSPITAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08 0213 EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Petition to Confirm Arbitration Award; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout; Order Setting Initial Case Management Conference; Notice Of Assignment Of Case To A US Magistrate Judge For Trial; Administrative Motion to consider whether cases should be related.

    Name: STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD
       CHILDREN'S HOSPITAL

Person Served: MELISSA BURKE
   Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: January 14, 2008  HDATE:
Time of Delivery: 09:49 am

Place of Service: STANFORD UNIVERSITY-BUILDING 170
       STANFORD, CA 94305    **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service: $ 109.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 865
Expiration Date: 04/12/2008
  RAPID SERVE
  210 Fell Street, # 19
  San Francisco, CA 94102
  (415) 882-2266
  302/00034382-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: January 15, 2008
at: San Francisco, California.

Signature:
Name: TODD C. BRENNECK
Title: Employee