WILLIAM A. SOKOL, Bar No. 072740
W. DANIEL BOONE, Bar No. 046553
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Respondent
SEIU Local 715

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Petitioner,<br><br>v.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Respondents. | No.   C-08-0213 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR CHANGE OF INTRA-DISTRICT ASSIGNMENT** |

Pursuant to Civil Local Rule 3-2, Petitioner Service Employees International Union, Local 715 has moved the Court for an order changing the intra-district assignment of this case and reassigning the case to the District's San Jose Division.

Upon considering the papers and arguments submitted in support of the motion, and good cause having been shown, the Court orders that the motion is GRANTED.

The Court hereby orders that this case shall be reassigned to the Northern District's San Jose Division.

IT IS SO ORDERED.

Dated: _____

_____
HON. WILLIAM A. ALSUP

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR CHANGE OF INTRA-DISTRICT ASSIGNMENT
CASE NO. C-08-0213 WHA