1

**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409

2

TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

3

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735

4

SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Respondents and Counter-Petitioners

5

Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12 **SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,** | Case No: 5:08-CV-00213-JF |
| 13 Petitioner and Counter-Respondent, | |
| 14 | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 15 v. | |
| 16 **STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,** | [CIVIL LOCAL RULE 3-16] |
| 17 | |
| 18 Respondents and Counter-Petitioners. | |

19

20

21       Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

22  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

23  or other entities (i) have a financial interest in the subject matter in controversy or in a party to

24  the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could

25  be substantially affected by the outcome of this proceeding:

26  ///

27  ///

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO:  5:08-CV-00213-JF

SFCA_1171200.1

1    •    Thomas Angelo served as arbitrator in the arbitration at issue in this proceeding, and

2        therefore may have a non-financial interest in the subject matter that could be

3        substantially affected by the outcome of this proceeding.

4    Dated:  March 5, 2008                          FOLEY & LARDNER LLP
                                                     LAURENCE R. ARNOLD
5                                                    EILEEN R. RIDLEY
                                                     SCOTT P. INCIARDI
6

7

8                                          By:    _____
                                                  EILEEN R. RIDLEY
9                                                 Attorneys for Respondents and Counter-
                                                  Petitioners Stanford Hospital & Clinics and
10                                                Lucile Packard Children's Hospital

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2

SFCA_1171200.1