**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Respondents and Counter-Petitioners
Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, <br><br> Petitioner and Counter-Respondent, <br><br> v. <br><br> STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL, <br><br> Respondents and Counter-Petitioners. | Case No: 5:08-CV-00213-JF <br><br> NOTICE OF APPEARANCE OF SCOTT P. INCIARDI |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Scott P. Inciardi (California Bar No. 228814), of the law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Respondents and Counter-Petitioners, Stanford Hospital & Clinics and Lucile Packard Children's Hospital, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at sinciardi@foley.com.

///

| | |
|---|---|
| 1  Dated: March 5, 2008 | FOLEY & LARDNER LLP |
| 2 | LAURENCE R. ARNOLD |
|   | EILEEN R. RIDLEY |
| 3 | SCOTT P. INCIARDI |

Dated: March 5, 2008

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
EILEEN R. RIDLEY
SCOTT P. INCIARDI

By: /s/ Scott P. Inciardi
SCOTT P. INCIARDI
Attorneys for Respondents and Counter-Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospital

2
NOTICE OF APPEARANCE OF SCOTT P. INCIARDI
CASE NO: 5:08-CV-00213-JF

SFCA_1183931.1