**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Respondents and Counter-Petitioners
Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Petitioner and Counter-Respondent,<br><br>v.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Respondents and Counter-Petitioners. | Case No: 5:08-CV-00213-JF<br><br>NOTICE OF APPEARANCE OF EILEEN R. RIDLEY |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Eileen R. Ridley (California Bar No. 151735), of the law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Respondents and Counter-Petitioners, Stanford Hospital & Clinics and Lucile Packard Children's Hospital, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at eridley@foley.com.

| | |
|---|---|
| Dated: March 6, 2008 | FOLEY & LARDNER LLP<br>LAURENCE R. ARNOLD<br>EILEEN R. RIDLEY<br>SCOTT P. INCIARDI |
| | By: _/s/ Eileen R. Ridley_<br>EILEEN R. RIDLEY<br>Attorneys for Respondents and Counter-Petitioners Stanford Hospital & Clinics and Lucile Packard Children's Hospital |

2
NOTICE OF APPEARANCE OF EILEEN R. RIDLEY
CASE NO: 5:08-CV-00213-JF

SFCA_1183930.1