**E-filed 3/18/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>    Plaintiff,<br><br>    v.<br><br>STANFORD HOSPITALS AND CLINICS and LUCILLE PACKARD CHILDREN'S HOSPITAL,<br><br>    Defendant. | No. C-08-213-JF<br>C-08-215-JF<br>C-08-216-JF<br>Clerks's Notice |

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in these cases, the Court has scheduled a Case Management Conference before Judge Jeremy Fogel. The new hearing date is Friday, April 25, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 3/18/08                    For the Court,
                                  Richard W. Wieking, Clerk

                                  Diana Munz
                                  electronic signature
                                  Courtroom Deputy