1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Respondents And Counter-Petitioners
5  Stanford Hospital & Clinics
   and Lucile Packard Children's Hospital

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>    Petitioner and counter-respondent,<br><br>vs.<br><br>STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>    Respondents and counter-petitioners. | Case No: 5:08-CV-0213 JF<br><br>**[PROPOSED] ORDER ON NOTICE OF ERRATA REGARDING ANSWER AND COUNTER-PETITION TO VACATE ARBITRATION AWARD**<br><br>Judge:    Hon. Jeremy Fogel |

Respondents and Counter Petitioners Stanford Hospital And Clinics And Lucile Packard Children's Hospital (the "Hospitals") have submitted a Notice Of Errata Regarding Answer And Counter Petition To Vacate Arbitration Award seeking to correct typographical errors contained in their Answer And Counter-Petition To Vacate Arbitration Award filed with the Court on March 6, 2008.

///

///

[PROPOSED] ORDER ON NOTICE OF ERRATA REGARDING ANSWER AND
COUNTER-PETITION TO VACATE ARBITRATION AWARD
CASE NO: 5:08-CV-0213 JF

SFCA_1311776.1

1  The Court hereby orders that the Answer And Counter-Petition To Vacate Arbitration
2  Award [Corrected] attached to the Notice Of Errata shall be substituted for the originally-filed
3  Answer And Counter-Petition.
4  IT IS SO ORDERED.

DATE:

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER ON NOTICE OF ERRATA REGARDING ANSWER AND
COUNTER-PETITION TO VACATE ARBITRATION AWARD
CASE NO: 5:08-CV-0213 JF

SFCA_1311776.1