# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Service Employees International Union, Local 715,<br><br>                Plaintiff(s),<br><br>    v.<br><br>Stanford Hospital and Clinics and Lucile Packard C,<br><br>                Defendant(s). | 08-00213 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

1  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
2  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
3  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
4  to an e-mail directed to adr@cand.uscourts.gov.

6  It is the responsibility of counsel to schedule an ADR Phone Conference, if
7  required, to occur <u>before</u> the Case Management Conference.

10 Dated: April 10, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
08-00213 JF                                                    -2-

PROOF OF SERVICE

Case Name:      Service Employees International Union, Local 715 v. Stanford Hospital and Clinics and Lucile Packard C

Case Number:    08-00213 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 10, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> William A. Sokol
> Weinberg, Roger & Rosenfeld
> 1001 Marina Village Parkway
> Suite 200
> A Professional Corporation
> Alameda, CA 94501-1091
> courtnotices@unioncounsel.net
>
> Bruce A. Harland
> Weinberg, Roger & Rosenfeld
> 1001 Marina Village Parkway
> Suite #200
> A Professional Corporation
> Alameda, CA 94501
> courtnotices@unioncounsel.net
>
> W. Daniel Boone
> Weinberg, Roger & Rosenfeld
> 1001 Marina Village Parkway
> Suite 200

Alameda, CA 94501-1091
courtnotices@unioncounsel.net

Laurence R. Arnold
Foley & Lardner LLP
One Martime Plaza
Sixth Floor
San Francisco, CA 94111-3409
larnold@foley.com

Scott Powers Inciardi
Attorney at Law
1 Maritime Plaza, 6th Floor
San Francisco, CA 94111
sinciardi@foley.com

Eileen Regina Ridley
Foley & Lardner
One Maritime Plaza
Sixth Floor
San Francisco, CA 94111-3404
eridley@foley.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 10, 2008 in San Francisco, California.

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Timothy J. Smagacz

                                          */s/ Timothy Smagacz*
                                          ADR Administrative Assistant
                                          415-522-4205
                                          Tim_Smagacz@cand.uscourts.gov