UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEIU, LOCAL 715

           Plaintiff(s),

v.

STANFORD HOSPITAL, et al.

           Defendant(s).
_____/

Case No. C 08 0213 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 11 2008

           SEIU, Local 715
           [Party]

Dated: April 11, 2008

           Bruce A. Harland
           [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05