UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Service Employees International
Union, Local 715
                Plaintiff(s),
    and Counter-Respondent
               v.

Stanford Hospital & Clinics and
Lucile Packard Children's Hospital
              Defendant(s).
    and Counter-Petitioners

CASE NO. C 08 0213 JF

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference     April 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Eileen R. Ridley | Stanford Hospital & Clinics, et al. | 415.434.4484 | eridley@foley.com |
| Bruce A. Harland | Service Employees Int'l Union | 510.337.1001 | bharland@unioncounsel.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/11/08

                                                Attorney for Plaintiff

Dated: 4/11/08

                                                Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."