1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S

12 | HOSPITAL,

Case No:  5:07-CV-05158-JF

13 | Petitioners,

**[PROPOSED] ORDER GRANTING STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL'S MOTION TO CONTINUE DEADLINE TO FILE/HEAR DISPOSITIVE MOTIONS**

14 | vs.

15 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,

[Local Rules 6-1 and 6-3]

16 | Respondent.

17

18

Judge:        Hon. Jeremy Fogel

19

20 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715

Case No:  5:08-CV-00213-JF

21 | Petitioner and Counter-

22 | Respondent,

23 | vs.

24 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S

25 | HOSPITAL

26 | Respondents and Counter-Petitioners.

Judge:        Hon. Jeremy Fogel

27

28

SFCA_1421512.1

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00215-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00216-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01726-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01727-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |

2

**[PROPOSED] ORDER GRANTING HOSPITALS' MOTION TO CONTINUE DEADLINE TO FILE/HEAR DISPOSITIVE MOTIONS**
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1421512.1

1

**ORDER**

2      Pursuant to U.S. District Court – Northern District of California's Civil Local

3   Rules ("Local Rules") 6-1 and 6-3, Petitioners and Respondents STANFORD

4   HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL (the

5   "HOSPITALS") brought their motion for an order continuing the date to file and hear

6   dispositive motions in the above-referenced actions (the "Actions").  The HOSPITALS

7   were represented by Eileen R. Ridley of Foley & Lardner, LLP while Respondent and

8   Petitioner, SERVICE EMPLOYEES INTERNATIONAL UNION ("SEIU"), Local 715

9   (herein referred to as "SEIU-Local 715" or "Local 715"), was represented by Bruce

10  Harland of Weinberg, Roger & Rosenfeld.

11      After considering the papers in support of and in opposition to said motion, and

12  finding good cause therefore, this Court hereby GRANTS the HOSPITALS' motion.

13  Thus, the deadline to file dispositive motions in the above-referenced Actions shall be

14  continued from July 18, 2008 to _____, 2008.  Similarly, the hearing date for

15  such dispositive motions shall be continued from August 29, 2008 to

16  _____, 2008.

17      IT IS SO ORDERED.

18

19
    Dated:  July ___, 2008
20

21

22
                                    _____
23                                        Hon. Jeremy Fogel
                                        U.S. District Court Judge
24

25

26

27
                                    3
28  _____
    **[PROPOSED] ORDER GRANTING HOSPITALS' MOTION TO CONTINUE DEADLINE TO
    FILE/HEAR DISPOSITIVE MOTIONS**
    CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
    5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1421512.1