1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11   STANFORD HOSPITAL & CLINICS and
     LUCILE PACKARD CHILDREN'S
12   HOSPITAL,

13            Petitioners,

14   vs.

15   SERVICE EMPLOYEES
     INTERNATIONAL UNION, LOCAL 715,
16

17            Respondent.

18

19

20   SERVICE EMPLOYEES
     INTERNATIONAL UNION, LOCAL 715
21
              Petitioner and Counter-
22            Respondent,

23   vs.

24   STANFORD HOSPITAL & CLINICS and
     LUCILE PACKARD CHILDREN'S
25   HOSPITAL

26            Respondents and Counter-
              Petitioners.
27

28

Case No:  5:07-CV-05158-JF

**[PROPOSED] ORDER GRANTING
STANFORD HOSPITAL &
CLINICS' AND LUCILE PACKARD
CHILDRENS HOSPITAL'S
MOTION TO COMPEL
DEPOSITIONS**

Date:        August 27, 2008
Time:        9:30 a.m.
Dept:        4

Judge:        Hon. Jeremy Fogel
Magistrate Judge: Hon. Richard Seeborg

Case No:  5:08-CV-00213-JF

Judge:        Hon. Jeremy Fogel

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-00215-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-00216-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-01726-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-01727-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:          Hon. Jeremy Fogel |

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1

1   Respondents and Counter-Petitioners Stanford Hospital & Clinics' and Lucile
2   Packard Children's Hospital's ("the Hospitals") Motion to Compel Depositions of Rusty
3   Smith, Myriam Escamilla and Kristy Sermersheim came on regularly for hearing before
4   the Honorable Richard Seeborg on August 27, 2008, at 9:30 a.m., in Department 4 of
5   above-captioned Court.  Bruce Harland appeared on behalf of the Petitioner and Counter-
6   Respondent Service Employees International Union, Local 715 ("Local 715").  Eileen R.
7   Ridley appeared on behalf of the Hospitals.
8   The Court, for good cause and having considered the pleadings in this matter, all
9   the papers submitted in support of, and in opposition to, said Motion, and having heard
10  the arguments of counsel, **HEREBY GRANTS** the Motion in its entirety and orders
11  Local 715 to produce Rusty Smith, Myriam Escamilla and Kristy Semersheim for
12  depositions.  The depositions of Rusty Smith, Myriam Escamilla and Kristy Sermersheim
13  are hereby ordered to be completed on mutually convenient dates but no later than
14  September 10, 2008.
15  Furthermore, it is hereby ordered by Local 715 pay sanctions in the amount of
16  $_____ to the Hospitals for costs incurred in bringing forth this Motion.
17  IT IS SO ORDERED.
18
19
20  Dated: _____, 2008          _____
21                                              HON. RICHARD SEEBORG
22
23
24
25
26
27
28

3
[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1