**United States District Court**
For the Northern District of California

***E-FILED 7/11/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, et al., | No. C 07-05158 JF (RS) |
| Petitioners, | |
| v. | **CLERK'S NOTICE** |
| SERVICE EMPLOYEES INTERNATIONAL, UNION, LOCAL 715, | |
| Respondent. _____/ | |
| THIS NOTICE APPLIES TO ALL RELATED ACTIONS. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　Due to the unavailability of the Court, petitioners' motions to compel, dockets [46], [47], [48] and [53], noticed for hearing on August 27, 2008, shall be held on **September 3, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

　　This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for these motions shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated:  7/11/08　　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WEIKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Martha Parker Brown
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Laurence R. Arnold     larnold@foley.com

W. Daniel Boone     courtnotices@unioncounsel.net

Bruce A. Harland     courtnotices@unioncounsel.net, bharland@unioncounsel.net

Vincent A. Harrington , Jr     courtnotices@unioncounsel.net

Scott Powers Inciardi     sinciardi@foley.com, syardley@foley.com

Eileen Regina Ridley     eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

Dated: 7/11/08

        /s/ BAK
Chambers of Magistrate Judge Richard Seeborg