UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 30 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  NOT REPORTED             DATE:  8/5/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                          CASE #:  C 07-05158JF(RS)

CASE TITLE:  STANFORD HOSPITAL & CLINICS, ET AL   VS.  LOCAL 715 and related actions

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

  EILEEN RIDLEY                              BRUCE A. HARLAND

**TODAY'S PROCEEDINGS**

{X} TELEPHONIC SCHEDULING CONFERENCE   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | { } | { } | 1. | |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[  ] SETTLED     [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED       [  ] DENIED       [  ] SUBMITTED       [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{  } Cont'd to            @              For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:  MOTIONS CURRENTLY SET FOR 9/3/08 AT 9:30 WILL BE SPECIALLY SET ON
 9/24 AT 1:30 PM.